*unsealed 1/28/08*

**ORDERED SEALED BY COURT**

FILED
08 JAN 24 PM 1:47

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0214

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. _____ DEPUTY |
| Plaintiff, ) | KWK |
| ) | SEALING ORDER |
| v. ) | |
| MICHAEL BENTON LAUGHEAD, ) | |
| Defendant. ) | |

Upon application of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the complaint and this order be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: January 24, 2008.

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE