unsealed 1/28/08

AO 442

~~ORDERED SEALED BY COURT~~ es District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

143963

**UNITED STATES OF AMERICA**

V.

MICHAEL BENTON LAUGHEAD

**WARRANT FOR ARREST**

**FILED**

FEB 04 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**CASE NUMBER:**  '08 MJ 0214

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest                    Michael Benton Laughead

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

☐ Pretrial Violation

charging him or her with (brief description of offense) _____

18 U.S.C. § 2252(a)(4)(B)    Possession of Images of Children Engaged in Sexually Explicit Conduct

RECEIVED 2008 JAN 24 4:12

DATE 1/25/08
ARRESTED BY FBI S/A Nathan
STANFORD, S/CA
STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA
BY twelve

In violation of Title                18            United States Code, Section(s)        2252 (a)(4)(B)

W. Samuel Hamrick, Jr.                              Clerk of the Court
Name of Issuing Officer                             Title of Issuing Officer

Signature of Deputy                                 Date and Location

Bail fixed at $  NONE SET                    by  _____
                                                 Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS II J              FBI              3704