O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

08CR 0451 - L

CASE NUMBER: 08mj0214-BLM

I, Michael Berton Laughead _____, the above named defendant, who is accused of

Title 18, United States Code, Section 2252(a)(4)(B) -- Possession of Images of Children Engaged in Sexually Explicit Conduct

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____ 2/21/2008 _____ prosecution by indictment and consent that the pro-
                        Date

ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
            Judicial Officer



FILED

FEB 21 2008

COURT
OF CALIFORNIA
DEP TY

MB