JOHN R. FIELDING, JR.,
California Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 233-0467

Attorney for Defendant
Michael Benton Laughead

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 08CR0451-L |
| Plaintiff, | ) **JOINT MOTION TO CONTINUE** |
| | ) **SENTENCING** |
| vs. | ) |
| MICHAEL BENTON LAUGHEAD, | ) DATE: June 30, 2008 |
| | ) TIME: 8:30 a.m. |
| Defendant. | ) |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY AND BILL HALL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that the parties in the above matter request that the sentencing, currently set for May 19, 2008 at 8:30 a.m., be reset to Monday, June 30, 2008 at 8:30 a.m. Mr. Fielding anticipates being out of the jurisdiction on the date originally set for sentencing.

Dated: May 13, 2008                              Respectfully submitted,

<u>Signed: */s/ John Fielding*</u>
John R. Fielding, Jr.
Attorney for Defendant
jfieldingattyatlaw@yahoo.com

<u>Signed: */s/ William Hall*</u>
William A. Hall
Attorney for Plaintiff
william.a.hall@usdoj.gov