JOHN R. FIELDING, JR.,
California Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 233-0467

Attorney for Defendant
Michael Benton Laughead

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 08CR0451-L |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| MICHAEL BENTON LAUGHEAD, | ) |
| Defendant. | ) |

I, the undersigned, declare: That I am over eighteen years of age, a resident the County of San Diego, State of California, and I am not a party in the within action; that my business address is: 402 W. Broadway, Suite 1700, San Diego, CA 92101.

That I caused to be served the within **JOINT MOTION TO CONTINUE SENTENCING** on the Untied States Attorney's Office, by electronically filing the document with the Clerk of the United States District Court for the Southern District of California, 880 Front Street, San Diego, California 92101, using its ECF System, which electronically notifies them.

I certify that the foregoing is true and correct. Executed May 13, 2008, at San Diego, California.

Dated: May 13, 2008                          Signed:  /s/John Fielding
                                             John R. Fielding
                                             Attorney for Defendant