UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 08CR0451-L |
| Plaintiff, | ) **ORDER TO CONTINUE SENTENCING** |
| vs. | ) DATE:   June 30, 2008 |
| MICHAEL BENTON LAUGHEAD, | ) TIME:   8:30 a.m. |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing date, currently set for May 19, 2008 at 8:30 a.m., be reset to Monday, June 30, 2008 at 8:30 a.m.

IT IS SO ORDERED.

Dated: May 14, 2008

_____
Hon. M. James Lorenz
District Court Judge