```
 1  THOMAS S. SIMS
    Attorney at Law
 2  1775 Hancock Street, Suite 285
    San Diego, California 92110
 3  Telephone No. (619) 295-0509
    Facsimile No. (619) 543-0824
 4  Email: tsims1@san.rr.com
    CA State Bar No: 99135
 5
    Attorney for Defendant,
 6  MICHAEL LAUGHEAD
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO. 08CR451-L |
| Plaintiff,        ) | **JOINT MOTION TO CONTINUE ACCEPTANCE OF PLEA AND SENTENCING** |
| vs.        ) | |
| MICHAEL LAUGHEAD,        ) | |
| Defendant.        ) | DATE: June 30, 2008<br>TIME: 2:00 p.m. |

COME NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Assistant United States Attorney, and defendant, MICHAEL LAUGHEAD, by and through his counsel, Thomas S. Sims, and HEREBY JOINTLY request that the acceptance of plea and sentencing scheduled for June 30, 2008, at 2:00 p.m., be continued until August 18, 2008, at 8:30 a.m.

Dated: June 25, 2008          s/William A. Hall
                              WILLIAM A. HALL
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              UNITED STATES OF AMERICA
                              Email: William.A.Hall@usdoj.gov

Dated: June 25, 2008          s/Thomas S. Sims
                              THOMAS S. SIMS
                              Attorney for Defendant
                              MICHAEL LAUGHEAD
                              Email: tsims1@san.rr.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Honorable M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL LAUGHEAD, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. 08CR451-L <br><br> **CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

I, THOMAS S. SIMS, am a citizen of the United States and am at least eighteen years of age. My business address is 1775 Hancock Street, Ste. 285, San Diego, California, 92110.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served the **JOINT MOTION TO CONTINUE ACCEPTANCE OF PLEA AND SENTENCING** to the following ECF participants on this case:

**William A Hall , Jr**
William.A.Hall@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov

1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2008.

                                             s/Thomas S. Sims
                                             THOMAS S. SIMS