1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR451-L |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING** |
| ) | **ACCEPTANCE OF PLEA AND** |
| vs. ) | **SENTENCING** |
| ) | |
| MICHAEL LAUGHEAD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

JOINT MOTION HAVING BEEN ENTERED BY ALL PARTIES, and GOOD CAUSE appearing, IT IS HEREBY ORDERED the acceptance of plea and sentencing in the above-entitled matter be continued from the presently scheduled date of June 30, 2008, at 2:00 p.m., to August 18, 2008, at 8:30 a.m.

**IT IS SO ORDERED**.

DATED: June 27, 2008

_____
M. James Lorenz
United States District Court Judge