**THOMAS S. SIMS**
Attorney at Law
1775 Hancock Street, Suite 285
San Diego, California 92110
Telephone No. (619) 295-0509
Facsimile No. (619) 543-0824
Email: tsims1@san.rr.com
CA State Bar No: 99135

Attorney for Defendant,
**MICHAEL LAUGHEAD**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR451-L |
| Plaintiff, ) | **JOINT MOTION TO CONTINUE ACCEPTANCE OF PLEA AND SENTENCING** |
| vs. ) | |
| MICHAEL LAUGHEAD, ) | |
| Defendant. ) | **DATE: August 18, 2008** **TIME: 8:30 a.m.** |

COME NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Assistant United States Attorney, and defendant, MICHAEL LAUGHEAD, by and through his counsel, Thomas S. Sims, and HEREBY JOINTLY request that the acceptance of plea and sentencing scheduled for August 18, 2008, at 8:30 a.m., be continued until October 15, 2008, at 8:30 a.m.

Respectfully submitted,

Dated: August 13, 2008         s/William A. Hall
                               WILLIAM A. HALL
                               Assistant United States Attorney
                               Attorney for Plaintiff
                               UNITED STATES OF AMERICA
                               Email: William.A.Hall@usdoj.gov

Dated: August 13, 2008         s/Thomas S. Sims
                               THOMAS S. SIMS
                               Attorney for Defendant
                               MICHAEL LAUGHEAD
                               Email: tsims1@san.rr.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR451-L |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| MICHAEL LAUGHEAD, ) | |
| Defendant. ) | |

**IT IS HEREBY CERTIFIED THAT:**

I, THOMAS S. SIMS, am a citizen of the United States and am at least eighteen years of age. My business address is 1775 Hancock Street, Ste. 285, San Diego, California, 92110.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served the **JOINT MOTION TO CONTINUE ACCEPTANCE OF PLEA AND SENTENCING** to the following ECF participants on this case:

**William A Hall , Jr**
William.A.Hall@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2008.

                                              s/Thomas S. Sims
                                              THOMAS S. SIMS