UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable M. James Lorenz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR451-L |
| Plaintiff, | ) ) | **ORDER CONTINUING ACCEPTANCE OF PLEA AND SENTENCING** |
| vs. | ) ) | |
| MICHAEL LAUGHEAD, | ) ) | |
| Defendant. | ) ) ) | |

JOINT MOTION HAVING BEEN ENTERED BY ALL PARTIES, and GOOD CAUSE appearing, IT IS HEREBY ORDERED the acceptance of plea and sentencing in the above-entitled matter be continued from the presently scheduled date of August 18, 2008, at 8:30 a.m., to October 15, 2008, at 8:30 a.m.

**IT IS SO ORDERED**.

DATED: August 14, 2008

_____
M. James Lorenz
United States District Court Judge